**Order entered July 29, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01728-CV

### IN THE INTEREST OF S.N.Z., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50064-06**

## ORDER

Before the Court is appellant Teri Lyn Zeiler's July 26, 2013 motion for a fourteen-day extension of time to file a supplemental brief. The Court **GRANTS** the motion and **ORDERS** appellant to file her supplement brief with the Court no later than 5:00 p.m., Friday, August 9, 2013. No further extensions will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE